FILED: February 10, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4442
(3:13-cr-00264-FDW-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

YOLANDA GONZALEZ

  Defendant - Appellant

_____

O R D E R

_____

  Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

  The court grants appellant leave to file a joint appendix not to exceed 870 pages.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk